1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

**FILED**

NOV 0 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 183-8449153 HELD IN THE NAME OF DAVID ZINNEL, IN AN AMOUNT UP TO AND INCLUDING $125,000,<br><br>ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 358-4700995 HELD IN THE NAME OF BEST BUILD, INC., and<br><br>ALL FUNDS MAINTAINED AT FIRST BANK ACCOUNT NUMBER 242-5126004, HELD IN THE NAME OF STEVE ZINNEL,<br><br>　　　　Defendants. | 2:13-SW-0730  EFB<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS |

　　Upon application of the United States of America and good cause having been shown,

　　IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit underlying the seizure warrants in the above-captioned proceeding shall be filed under seal and shall

///

///

///

1

not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the seizure warrants will be left at the scene of the seizures and provided to the account holder.

Date: 11-5-13

EDMUND F. BRENNAN
United States Magistrate Judge

Order Re: Request to Seal Documents