

BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 183-8449153 HELD IN THE NAME OF DAVID ZINNEL, IN AN AMOUNT UP TO AND INCLUDING $125,000,

ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 358-4700995 HELD IN THE NAME OF BEST BUILD, INC., and

ALL FUNDS MAINTAINED AT FIRST BANK ACCOUNT NUMBER 242-5126004, HELD IN THE NAME OF STEVE ZINNEL,

    Defendants.

2:13-SW-00730-EFB
2:13-SW-00731-EFB
2:13-SW-00732-EFB

ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: Jan 30 2014

KENDALL J. NEWMAN
United States Magistrate Judge

1

Order Re: Request to Unseal Documents